**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
***WOLFE & WYMAN LLP***
**980 9th Street, Suite 2350**
**Sacramento, CA 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**CitiMortgage, Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELGA K. MARTIN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC. and DOES 1 THROUGH 50 INCLUSIVE,<br><br>    Defendants. | Case No.: 2:17-CV-00783-JAM-CKD<br><br>(Sacramento County Superior Court Case No.: 34-2017-00209600)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Action Filed: March 30, 2017 |

GOOD CAUSE appearing, and pursuant to the stipulation between Defendant CITIMORTGAGE, INC. ("CITIMORTGAGE") and Plaintiff HELGA K. MARTIN ("Plaintiff"), as a result of the Settlement between Plaintiff and CITIMORTGAGE, it is ORDERED that all of Plaintiff's claims against CITIMORTGAGE in the above-captioned action, and therefore the entire action, is hereby dismissed with prejudice.

///

///

The Court shall retain jurisdiction to enforce the above referenced Settlement Agreement. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 9/7/2017

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

2839967.1